IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of the Columbian Bank and Trust Company,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL L. McCAFFREE, JIMMY D. HELVEY, SAM McCAFFREE, RANDOLPH C. AUSTIN, RICHARD L. ROACH, and G. REID TEANEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 11-CV-2447 JAR/KGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT G. REID TEANEY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the Federal Deposit Insurance Corporation, as Receiver of the Columbian Bank and Trust Company, gives notice that it is dismissing Defendant G. Reid Teaney with prejudice as a party to this action, both parties to bear their own costs.

{K0351480.DOC; 1}

McANANY, VAN CLEAVE & PHILLIPS, P.A.

10 East Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
(913) 371-3838
(913) 371-4722 - Facsimile
cgetto@mvplaw.com
lgreenbaum@mvplaw.com
dgreenwald@mvplaw.com

By: /s/ Charles A. Getto
Charles A. Getto #9895
Lawrence D. Greenbaum #12175
Douglas M. Greenwald #12211
Attorneys for Plaintiff
The Federal Deposit Insurance Corporation
As Receiver of The Columbian Bank and
Trust Company

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Court, with notice of case activity to be generated and sent electronically by the Clerk of the Court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of October 2011, upon all counsel of record.

/s/ Charles A. Getto
Charles A. Getto