IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of the Columbian Bank and Trust Company, | ) ) ) ) ) | Case No. 11-CV-2447 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CARL L. McCAFFREE, JIMMY D. HELVEY, SAM McCAFFREE, RANDOLPH C. AUSTIN, RICHARD L. ROACH, and G. REID TEANEY, | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

Good cause appearing therefore, as set forth in plaintiff the Federal Deposit Insurance Corporation's motion to dismiss defendant Randolph C. Austin [Doc.41] pursuant to F.R.Civ.P. 41(a)(2), it is hereby ORDERED that plaintiff's claims against defendant Austin only are dismissed with prejudice, both parties to bear their own costs.

Dated: March 15, 2012  _          S/ Julie A. Robinson
                                                    U.S. District Judge

{K0359722.DOC; 1}