IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of the Columbian Bank and Trust Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARL L. McCAFFREE, JIMMY D. HELVEY, SAM McCAFFREE, RANDOLPH C. AUSTIN, RICHARD L. ROACH, and G. REID TEANEY,<br><br>　　　　　Defendants. | Case No. 11-CV-2447 |

## ORDER OF DISMISSAL

Good cause appearing therefore, as set forth in plaintiff the Federal Deposit Insurance Corporation's motion to dismiss defendant Richard L. Roach [Doc. 43 ] pursuant to F.R.Civ.P. 41(a)(2), it is hereby ORDERED that plaintiff's claims against defendant Roach only are dismissed with prejudice, both parties to bear their own costs.

Dated: March 15, 2012　　　　　　　　　s/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　　U.S. District Judge

{K0359977.DOC; 1}