IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of The Columbian Bank and Trust Company,

Plaintiff,

vs.

CARL L. McCAFFREE, *et al.*,

Defendants.

Case No. 11-CV-2447 JAR/KGS

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, The Federal Deposit Insurance Corporation as Receiver of The Columbian Bank and Trust Company ("FDIC-R"), has filed herein its first amended complaint ("Complaint") alleging breaches of fiduciary duty and acts of negligence and gross negligence in connection with Defendants Carl L. McCaffree's, Sam McCaffree's, and Jimmy D. Helvey's ("Defendants") roles as officers and/or directors of The Columbian Bank and Trust Company ("Columbian") prior to its closing.

Defendants have filed Answers herein in which they deny the allegations in the Complaint.

After initially advancing some defense costs, BancInsure, Inc. ("BancInsure") has denied coverage and refused to indemnify Defendants for any Loss relating to the claims being asserted against them herein by FDIC-R. FDIC-R, Defendants, and BancInsure have therefore entered into a Settlement Agreement. Even though in their Answers Defendants have denied any

liability to FDIC-R, Defendants consent to the entry of the judgment described below for the purpose of compromising disputed claims.

Pursuant to the parties' Settlement Agreement, FDIC-R, Defendants, and BancInsure have consented to entry of the following judgment: a judgment in favor of FDIC-R and against Defendants jointly and severally in the amount of FIVE MILLION DOLLARS ($5,000,000.00). Such judgment hereafter is referred to as the "Confessed Judgment."

FDIC-R, Defendants, and BancInsure agree that the amount of the Confessed Judgment is reasonable in light of FDIC-R's claims and the likelihood of a jury verdict substantially in excess of $5 million should this action proceed to trial.

Further, as part of the parties' Settlement Agreement, Defendants have agreed that once the Confessed Judgment is entered herein, Defendants will pay $750,000 to FDIC-R and BancInsure will pay $250,000 to FDIC-R in partial satisfaction of the Confessed Judgment.

Further, as part of the parties' Settlement Agreement, Defendants will assign to FDIC-R certain rights, claims, causes of action, equitable remedies, statutory rights and damages which the Defendants have or may have against BancInsure arising out of or relating to the Confessed Judgment, FDIC-R's claims asserted in the Complaint, the pending Coverage Litigation (Case No. 12-CV-2110-KHV-GLR), and the BancInsure Policy, all as more fully described in the parties' Settlement Agreement ("Assigned Claims"). In consideration for these assignments, and effective after such assignments have been delivered to FDIC-R, FDIC-R has agreed not to take any action of any kind to assign, document, record, register as a lien, or collect against the Defendants, the Confessed Judgment, except for each of the Defendant's assets consisting of certain right, title and interest in the BancInsure Policy together with their respective rights, claims, and causes of action in the Assigned Claims ("Covenant Not To Execute").

The parties jointly request that the court enter the stipulated Final Judgment Order in the form attached. The proposed Final Judgment Order is a complete and final judgment addressing all claims against all Defendants. FDIC-R and all Defendants, by joining in this motion, agree to the form of the accompanying Final Judgment Order.

The parties stipulate to the entry of judgment on the following terms:

(1) In favor of Plaintiff FDIC-R and against Defendants jointly and severally in the amount of FIVE MILLION DOLLARS ($5,000,000.00).

(2) All parties will bear their own costs and attorneys' fees.

Respectfully submitted

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
FAX # (913) 371-4722
Email: cgetto@mvplaw.com
lgreenbaum@mvplaw.com
dgreenwald@mvplaw.com

By: /s/ Charles A. Getto
Charles A. Getto - #09895
Lawrence D. Greenbaum - #12175
Douglas M. Greenwald - #12211
*Attorneys for Plaintiff, Federal Deposit Insurance Corporation as Receiver of The Columbian Bank and Trust Company*

WOODY LAW FIRM PC
1621 Baltimore Ave.
Kansas City, MO 64108
E-mail: teresa@woodylawfirm.com

By: /s/ Teresa A. Woody
Teresa A. Woody #16949
*Attorneys for Defendant Jimmy D. Helvey*

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
E-mail: michael.thompson@huschblackwell.com
angela.harse@huschblackwell.com
lyndsey.conrad@huschblackwell.com

By: /s/ Michael Thompson
Michael Thompson #70196
Angela G. Harse #21485
Lyndsey J. Conrad #23527
*Attorneys for Defendants Sam McCaffree and Carl L. McCaffree*